UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN MONK,<br><br>    Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA,<br><br>    Defendant. | Case No. 3:24-cv-01007-JPG |

### NOTICE

This matter comes before the Court on a response to the order to show cause, filed by Kevin Monk. (Doc. 9). Subject matter jurisdiction is still unclear from his response. Accordingly, the Court has scheduled an in-person jurisdictional hearing. (Doc. 10). The Plaintiff, Kevin Monk, shall appear **in person** before the Court, at the Federal Courthouse, located at 301 West Main Street in Benton, IL 62812 on **Thursday, June 27, 2024** at **9:30 AM**. The Plaintiff is **ADVISED** that failure to appear may result in the dismissal of this case for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**
**DATED:  June 17, 2024**

*s/ J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**